Decided January 31, 2008

## ANTHONY CRUZ *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Cruz' petition for certification for appeal from the Appellate Court, 105 Conn. App. 122 (AC 28003), is denied.

*James M. Fox,* special public defender, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided February 6, 2008